UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15CV7296**

RECEIVED
SDNY PRO SE OFFICE

2015 SEP 15   A 11: 30

MICHAEL SMITH BAKER
310-15-00448

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK et, al.,
DETECTIVE- anthony german #4066
DETECTIVE- FEDERICO IRIZARRY-#4233

BOTH OFFICERS FROM THE FIRST PRECINCT.
NEW YORK CITY POLICE DEPARTMENT.

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITY.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   **MICHAEL SMITH BAKER**
ID #   **310-15-00448**
Current Institution   **MANHATTAN DETNTION COMPLEX**
Address   **125 WHITE STREET.**
   **NEW YORK 10013**

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   **THE CITY OF NEW YORK, ET, AL**   Shield # _____
Where Currently Employed _____
Address _____

*Rev. 05/2010*

1

Defendant No. 2   Name __DETECTIVE-FEDERICO IRIZARRY__   Shield # __4233__
                  Where Currently Employed __NYC POLICE DEPT.__
                  Address __KIRSXXBERARXMENX FIRST PRECINCT__

Defendant No. 3   Name __DETECTIVE- ANTHONY GERMAN__   Shield # __4066__
                  Where Currently Employed __NYC POLICE DEPT.__
                  Address __FIRST PRECINCT__

Defendant No. 4   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____   Shield # _____
                  Where Currently Employed _____
                  Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
   __NONE__

B. Where in the institution did the events giving rise to your claim(s) occur?
   __N/A__

C. What date and approximate time did the events giving rise to your claim(s) occur?
   __MARCH 26, 2015 at 2:00am FIRST PRECINCT.__

STATEMENT OF FACTS

D. Facts: <u>NATURE OF CLAIM: THE NATURE OF THE CLAIM IS FOR EMOTIONAL AND PSYCHOLOGICAL INJURIES AND MONETARY DAMAGES SUSTAINED BY CLAIMANT "MICHAEL SMITH BAKER", AS WELL AS, CIVIL RIGHTS VIOLATIONS, INCLUDING THOSE UNDER THE FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, AND FOURTEETH AMENDMENTS OF THE UNITED STATE CONSTITUTION, AS WELL AS, THE RIGHTS, PRIVILEGES AND IMMUNITIES SECURED UNDER 42 M.S.C. SECTION 1983, THE EQUAL PROTECTION CLAUSE OF THE U.S. CONSTITUTION AND THE CONSTITUTION OF THE STATE OF NEW YORK ALONG WITH ALL OTHER APPLICABLE LAWS, STATUTES AND REGULATION</u>

*What happened to you?*

*Who did what?*

CAUSE(S) OF ACTION.

THE ABOVE DAMAGES STEM FROM THE "NEGLIGENT, CARELESS, REKLESS, AND INTENTIONAL MISCONDUCT OF THE CITY OF NEW YORK, ITS AGENTS, SERVANTS, EMPLOYEES AND THOSE ACTING UNDER ITS DIRECTION, BEHEST, PERMISSION AND CONTROL IN THE PROCESS OF PROVIDING POLICE SERVICES MORE SPECIFICALLY POLICE OFFICERS ANTHONY GERMAN #4066 AND ALSO POLICE OFFICER: FEDERICO IRIZARRY #4233 OF THE FIRST PRECINCT IN NEW YORK COUNTY, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, AS NEW YORK CITY POLICE OFFICERS.

*Was anyone else involved?*

THE CLAIMS OCCURRED ON OR ABOUT MARCH 26-27 2015 AT THE FIRST PRECINCT IN NEW YORK COUNTY, STATE OF NEW YORK. WHEN THE CLIAMANT LAWFULLY ENTERED THE PREMISES AS REQUESTED FOR AN INTERVIEW. WHILE QUESTIONING THE CLAIMANT, THE POLICE OFFICER: NAMED HEREIN AND OTHERS NOT NAMED BEGAN TO PHYSICALLY ASSAULT THE CLAIMANT ABOUT ISSUES HE HAD NO KNOWLEDGE ABOUT. THE CLAIMANT AFTER BEING ASSAULTED PHYSICALLY SEVERAL TIMES REQUESTED A LAWYER

*Who else saw what happened?*

III. Injuries: SEE: ATTACHED STATEMENT OF FACTS CONTINUED.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

SEE ATTACHED.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

*Rev. 05/2010*

3

AND WAS TOLD THAT ONE WOULD BE PROVIDED WHEN THE CLAIMANT COOPERATED WITH WITH THEM WITH PROMISES MADE OF "NO PROSECUTION" ON ANY CHARGES. CLAIMANT STATES THAT HE WAS FALSELY ARRESTED, UNLAWFULLY SEARCHED AND ALSO UNLAWFULLY DETAINED. THEREAFTER, HE HAS CONTINUED TO BE MALICIOUSLY PROSECUTED DESPITE EVIDENCE OF HIS INNOCENCE. CLAIMANT HAS BEEN FALSELY ACCUSED OF A CRIME HE DID NOT COMMITT. IN FACT THE CLAIMANT, MICHAEL SMITH BAKER, WAS COOPERATING WITH THE POLICE OFFICERS REQUEST TO COME TO THIS PRECINCT SIMPLY FOR QUESTIONING. AT NO TIME DID THE CLAIMANT MIOHAEL SMITH BAKER, RESIST ARREST OR DISOBEY THE ARRESTING OFFICERS OR ANY OTHERS AND HE WAS NEVER CHARGED WITH ANY SUCH CRIMES.

THE CLAIMANT, MICHAEL SMITH BAKER, HAS BEEN INCARCERATED FOR FIVE(5) MONTHS AND CONTINUES TO REMAIN THERE AWAITING HIS TRIAL DESPITE EVIDENCE OF HIS COMPLETE INNOCENCE.

CLAIMANT MICHAEL SMITH BAKER, WAS CLEARLY DENIED HIS DUE PROCESS RIGHTS. SAID FALSE ARREST, UNJUSTIFIED AND UNLAWFUL ARREST, UNLAWFUL IMPRISONMENT, AND MALICIOUS PROSECUTION VIOLATED AND CONTINUES TO VIOLATE THE CIVIL RIGHTS OF CLAIMANT, MICHAEL SMITH BAKER.

SAID OCCURRENCES AND INJURIES SUSTAINED BY CLAIMANT MICHAEL SMITH BAKER, WERE DUE TO THE MIGCONDUCT OF THE CITY OF NEW YORK, ITS AGENTS, SERVANTS, AND/OR EMPLOYEES IN THE COURSE OF THEIR DUTIES AS POLICE OFFICERS; IN FAILING ADEQUATELY SUPERVISE AND INSTRUCT SAID ARRESTING OFFICERS AS TO THE PROPER PRACTICES AND PROCEDURES IN THE DISCHARGE OF THEIR DSUTIES; IN VIOLATING THE CLAIMANT, MICHAEL SMITH BAKER CIVIL RIGHTS; IN HAVING NEGLIGENT HIRING PRACTI IN FAILING TO PROPERLY INVESTIGATE EMPLOYEES AND POTENTIAL EMPLOYEES; AND THE CITY OE NEW YORK, ITS AGENTS, SERVANTS, AND/OR EMPLOYEES WERE OTHERWI CARELESS, RECKLESS, AND NEGLIGENT. UPON INFORMATION AND BELIEF, THE CITY O NEW YORK IS IDENTIFIED AS POLICE OFFICES ANTHONY GERMAN #4066 AND FEDERICO IRIZARRY #4233, individually and in their official capacities as NEW YORK CIT POLICE DETECTIVES.

CLAIMANT MICHAEL SMITH BAKER, SUSTAINED SEVERE AND PERMENANT EMOTIONAL AND PSYCHOLOGICAL INJURIES AS WELL AS, MONETARY DAMAGES, THE FULL EXTENT OF WHICH IS CLAIMED FOR FIVE MILLION DOLLARS ($5,000,000.00) INCLUDING BUT NOT LIMITED TOO, UPON INFORMATION AND BELIEF, ANIETY, EMOTIONL DISTRESS AND UPSET, FLASHBACKS AND MENTAL ANGUISH, DURING CLAIMANT'S TIME IN CUSTODY, THE CLAIMANT MICHAEL SMITH BAKER, WAS REPEATLY CAUSED TO FEEL VERY HELPLESS, DISGRACED, INTIMIDATED, HARRASSED, SHAMED AND RIDICULED.

HE WAS MALNOURISHED AND FORCED INTO UNSANITARY CONDITIONS. ADDITIONALLY THE CLAIMANT MICHAEL SMITH BAKER, WAS CAUSED TO SUFFER BATTERY, ASSAULT, FALSE AND ILLEGAL ARREST, MALICIOUS PROSECUTION AND DEFAMATION OF CHARACTER ATTORNEY'S FEES.
SAID CLAIMS IS FOR PERSONAL INJURIES INCLUDING THE LOSS OF QUALITY AND/OR ENJOYMENT OF LIFE, AND ALL OTHER DAMAGES TO WHICH THE CLAIMANT MICHAEL SMIT BAKER, IS ENTITLED BY CASE LAW ANDS STATUTE.

RESPECTFULLY SUBMITTED.

MR. MICHAEL SMITH BAKER.
MANHATTAN DETENTION COMPLEX
125 WHITE STREET. N.Y. 10013

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).   **NONE**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _____   No **XX**   Do Not Know _____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _____   No **XX**   Do Not Know _____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes _____   No **X**

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes _____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?   N/A

   1. Which claim(s) in this complaint did you grieve?   N/A

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                4

when and how, and their response, if any:_____

_____ N/A _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

VI. **Previous lawsuits:**

> On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. [On other claims] Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of August, 2015

Signature of Plaintiff: Michael S. Baker

Inmate Number: 

Institution Address: Manhattan Detention Center 125 White St. New York 10013

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22 day of August, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Michael S. Baker.

W. Smith-Baker
310-15-00048
Manhattan Detention Complex
125 White St
NY, NY 10013

RECEIVED
SDNY PRO SE OFFICE
2015 SEP 15 A 11: 30



Pro Se
9/15/15 CF

To: United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl St
New York, NY 10007-1312
(S+ District)

