UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

MICHAEL SMITH BAKER,

                      Plaintiff,

              -v.-

DETECTIVE ANTHONY GERMAN AND
DETECTIVE FREDERICO IRIZARRY,

                      Defendants.

15 Civ. 7296 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

        The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic.  Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.  On October 26, 2020, the Court ordered that trial would commence on July 26, 2021 (Dkt. #110), and proceeded to request a jury trial for that date.

    The Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **July 27, 2021**, and is now **<u>first</u>** on the list for jury trials for that day.  This means that the Clerk's Office has scheduled two back-up cases for the July 27, 2021 trial date.  The case must be trial-ready for that date.  If the case cannot proceed on the scheduled date, the parties must notify the Court as soon as possible so that the Clerk's Office may allocate that trial date to one of the back-up cases.

The Court previously entered a schedule for pretrial submissions, pursuant to which the parties' Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* instructions, and any pretrial memoranda of law will be due **June 25, 2021**; and any opposition papers to motions *in limine* will be due **July 2, 2021**. (*See* Dkt. #110). A final pretrial conference is scheduled for **July 12, 2021, at 2:00 p.m.** (*See id.*).

SO ORDERED.

Dated:     June 7, 2021
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge