UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SMITH BAKER,<br><br>      Plaintiff,<br><br>    -v.-<br><br>DETECTIVE ANTHONY GERMAN AND DETECTIVE FREDERICO IRIZARRY,<br><br>      Defendants. | 15 Civ. 7296 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for limited oral argument at a telephonic conference on July 20, 2021, at 10:00 a.m. to resolve the outstanding motions *in limine*. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available until 10:00 a.m.

  SO ORDERED.

Dated:  July 16, 2021
      New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge