UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SMITH BAKER,

            Plaintiff,

-v.-

DETECTIVE ANTHONY GERMAN AND
DETECTIVE FREDERICO IRIZARRY,

            Defendants.

15 Civ. 7296 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of the parties' email correspondence of July 15, 2021, and July 16, 2021.  It is the Court's expectation that Defendants' trial exhibits have been simultaneously transmitted in hard copy to Plaintiff's counsel so that Plaintiff's counsel can review in a timely fashion the redactions that have been made or should be made to those exhibits.  The Court also understands from the parties' email correspondence that it will receive electronic copies of the parties' trial exhibits on Monday, July 19, 2021.  While the Court will accept the electronic copies of the parties' trial exhibits on that delayed schedule, it expects that, between the date of this Order and the end of the day on Monday, July 19, 2021, the parties will meet, confer, and resolve the redaction issues.

    SO ORDERED.

Dated:    July 16, 2021
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge