UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

+--------------------------------------------+

MICHAEL SMITH BAKER,

               Plaintiff,

        -v.-

DETECTIVE ANTONIO GERMAN AND
DETECTIVE FEDERICO IRIZARRY,

               Defendants.

+--------------------------------------------+

15 Civ. 7296 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons discussed on the record, and for the limited purpose of trial preparation, the parties are hereby permitted to file trial exhibits under seal, where such exhibits contain confidential or otherwise sensitive information.

      SO ORDERED.

Dated:   July 22, 2021
         New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge