UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SMITH BAKER,

Plaintiff,

-v.-

DETECTIVE ANTONIO GERMAN AND
DETECTIVE FEDERICO IRIZARRY,

Defendants.

15 Civ. 7296 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The Court held pretrial conferences in this matter on July 12, July 20, and July 22, 2021. As reflected in the record, the Court addressed and resolved the parties' outstanding motions *in limine* and other evidentiary disputes at these conferences. The Clerk of Court is thus directed to terminate the pending motions at docket entries 121, 128, and 130.

SO ORDERED.

Dated:   July 27, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge