UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SMITH BAKER,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>DETECTIVE ANTONIO GERMAN AND DETECTIVE FEDERICO IRIZARRY,<br><br>                    Defendants. | 15 Civ. 7296 (KPF)<br><br>**JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

Whereas the above-entitled action having been assigned to the Honorable Katherine Polk Failla, United States District Judge, on October 2, 2015; and

Whereas the Court granted summary judgment in favor of Defendants on one of Plaintiff's excessive force claims and denied summary judgment on Plaintiff's two remaining excessive force claims on March 26, 2019; and

Whereas the matter thereafter having been brought to trial on July 27, 2021, and at the conclusion of the trial, on July 30, 2021, the jury having reached a verdict in favor of Defendants as against Plaintiff; and

Whereas no post-trial motions were filed, it is

ORDERED, ADJUDGED AND DECREED: That in accordance with the jury's verdict in favor of Defendants and against Plaintiff, judgment shall be entered in favor of Defendants.

Accordingly, the case is closed.

SO ORDERED.

Dated:   September 1, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge